No. 718, Misc. GAMEZ v. TEXAS, *ante,* p. 929;

No. 1074, Misc. SOOTS ET UX. v. ATTORNEY GENERAL OF THE UNITED STATES, *ante,* p. 905;

No. 1138, Misc. DUKES v. UNITED STATES, *ante,* p. 946; and

No. 1155, Misc. LEWIS, AKA EHRLICH v. ILLINOIS ET AL., *ante,* p. 938. Petitions for rehearing denied.

No. 103. COOPER v. CALIFORNIA, *ante,* p. 58. Petition for rehearing and modification of opinion denied.

APRIL 4, 1967.

No. 391, Misc. TAYLOR v. UNITED STATES. C. A. 4th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Elmer B. Gower* for petitioner. [For earlier order herein, see 385 U. S. 806.]

APRIL 10, 1967.

No. 89. WALKER v. SOUTHERN RAILWAY Co. C. A. 4th Cir. Motion to recall and amend the judgment of this Court granted. It is ordered that the certified copy of the judgment sent to the District Court be recalled and that the case be remanded to the United States Court of Appeals for the Fourth Circuit. *J. Nat Hamrick* on the motion. [For earlier actions herein, see 384 U. S. 926, 385 U. S. 196, 1020.]

No. 949. ESTATE OF STEINBERG v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. (Certiorari denied, *ante,* p. 941.) Motion to remand denied. *George T. Altman* on the motion.